IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. **DARELL R. PARKER**,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and,
16. CLIFFORD M. WRIGHT,

    Defendants.

---

**NOTICE OF DISPOSITION**

---

    COMES NOW the Defendant, Darell R. Parker, by and through his Attorney, Charles. W. Elliott, and hereby gives notice that the parties have arrived at a disposition and would request that this Honorable Court set the matter for a Change of Plea hearing.

Dated this 17th day of February, 2012.

Respectfully submitted,

s/ Charles W. Elliott
Charles W. Elliott
The Law Office of Charles W. Elliott
1801 Broadway, Suite 1100
Denver, CO 80202
Phone: 303.623.2013
Fax: 303.292.0522
hamcwe@yahoo.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2012, I electronically filed the foregoing **NOTICE OF DISPOSITION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Ariel Zusya Benjamin
abenjamin@springersteinberg.com

Darren Randal Cantor
darren@cantorlaw.net

Jeffrey Richard Edelman
jredel@earthlink.net,jmesaros@jeffreyredelmanpc.com

Timothy D. Edstrom
timedstrom@coloradochristiandefensecounsel.com,timedstrom@hotmail.com

Charles W. Elliott
CWEMDEDME@aol.com,hamcwe@yahoo.com

Ronald John Hahn
rhahn3677@hotmail.com

Thomas James Hammond
hammondlaw@solucian.com

Edward Robin Harris
Edward_Harris@fd.org,erhafpd@gmail.com,COX_ECF@fd.org

Dennis W. Hartley
Julia@hartleyslaw.com

Scott Jurdem
sj@jurdem.com,tlj@jurdem.com,tlr@jurdem.com,jsw@jurdem.com

Eric Michael Lee
ericlee@coloradochristiandefensecounsel.com

Miller M. Leonard
miller@themillerleonardlawfirm.com

Normando R. Pacheco
joannasweetpea6@aol.com

R. Scott Reisch
rscottreisch@att.net,cassandra@reischlawfirm.com,shannon@reischlawfirm.com

Douglas Leo Romero
dougromero@coloradochristiandefensecounsel.com,sheilasweeney@coloradochristiandefenseco
unsel.com,corinarreola@coloradochristiandefensecounsel.com

Joseph Saint-Veltri
jsvlawoffice@gmail.com

John Henry Schlie
johnhenry@schlielawfirm.com

Harvey Abe Steinberg
law@springersteinberg.com,cambrose@springersteinberg.com

Guy Till
guy.till@usdoj.gov,Lisa.Vargas@usdoj.gov,USACO.ECFCriminal@usdoj.gov

Jonathan S. Willett
jwillett@willettlaw.net,kbartell@willettlaw.net

                                                            s/ Holly Muncy

Holly Muncy
The Law Office of Charles W. Elliott
1801 Broadway, Suite 1100
Denver, CO 80202
Phone: 303.623.2013
Fax: 303.292.0522
hamcwe@yahoo.com