IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GEORGE H. ASKEW,
2.    ROMELL E. BULLOCK,
3.    GREGORY A. COLLINS,
4.    GEORGE A. GADDY,
5.    DELBERT J. GARDNER,
6.    RICHARD JOHNSON,
7.    SHEPS H. KHAMSAHU,
8.    ERIC LUGO,
9.    LAWRENCE T. MARTIN,
10.    JOHNIE A. MYERS,
11.    **DARELL R. PARKER**,
12.    CALVIN R. RILEY,
13.    COREY L. RILEY,
14.    THOMAS A. SCHRAH, JR.,
15.    JAMES R. SWITZER, and,
16.    CLIFFORD M. WRIGHT,

    Defendants.

## MOTION TO WAIVE APPEARANCE

COMES NOW the Defendant, Darell R. Parker, by and through his Attorney, Charles. W. Elliott, hereby moves this Honorable Court to waive both counsel and the Defendant's appearance at the change of plea for the Superseding Indictment February 23, 2012, as grounds therefore, states as follows:

    1.    That the Defendant has filed his Notice of Disposition and the District Court has given counsel and the Defendant a change of plea and a sentencing date.

2. That the Government does not oppose waiving both the Defendant and counsel's appearance and the Government and the Defendant through counsel have spoken to Magistrate Judge Haggerty who does not object.

3. That the primary concern of filing this Motion is to waive the Defendant's appearance and to have the Marshall service not bring him from the Denver County Jail for medical reasons; the Defendant is elderly and has significant medical issues with regard to his leg and is undergoing treatment at the Denver County Jail and thus being moved to Federal Court would impede that treatment.

WHEREFORE, the Defendant prays this Honorable Court grant his Motion to Waive Appearance.

Dated this 22nd day of February, 2012.

Respectfully submitted,

s/ Charles W. Elliott
Charles W. Elliott
The Law Office of Charles W. Elliott
1801 Broadway, Suite 1100
Denver, CO  80202
Phone:  303.623.2013
Fax:  303.292.0522
hamcwe@yahoo.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2012, I electronically filed the foregoing **MOTION TO WAIVE APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Ariel Zusya Benjamin
abenjamin@springersteinberg.com

Darren Randal Cantor
darren@cantorlaw.net

Jeffrey Richard Edelman
jredel@earthlink.net,jmesaros@jeffreyredelmanpc.com

Timothy D. Edstrom
timedstrom@coloradochristiandefensecounsel.com,timedstrom@hotmail.com

Charles W. Elliott
CWEMDEDME@aol.com,hamcwe@yahoo.com

Ronald John Hahn
rhahn3677@hotmail.com

Thomas James Hammond
hammondlaw@solucian.com

Edward Robin Harris
Edward_Harris@fd.org,erhafpd@gmail.com,COX_ECF@fd.org

Dennis W. Hartley
Julia@hartleyslaw.com

Scott Jurdem
sj@jurdem.com,tlj@jurdem.com,tlr@jurdem.com,jsw@jurdem.com

Eric Michael Lee
ericlee@coloradochristiandefensecounsel.com

Miller M. Leonard
miller@themillerleonardlawfirm.com

Normando R. Pacheco
joannasweetpea6@aol.com

R. Scott Reisch
rscottreisch@att.net,cassandra@reischlawfirm.com,shannon@reischlawfirm.com

Douglas Leo Romero
dougromero@coloradochristiandefensecounsel.com,sheilasweeney@coloradochristiandefensecounsel.com,corinarreola@coloradochristiandefensecounsel.com

Joseph Saint-Veltri
jsvlawoffice@gmail.com

John Henry Schlie
johnhenry@schlielawfirm.com

Harvey Abe Steinberg
law@springersteinberg.com,cambrose@springersteinberg.com

Guy Till
guy.till@usdoj.gov,Lisa.Vargas@usdoj.gov,USACO.ECFCriminal@usdoj.gov

Jonathan S. Willett
jwillett@willettlaw.net,kbartell@willettlaw.net

                s/ Holly Nilson

                Holly Nilson
                The Law Office of Charles W. Elliott
                1801 Broadway, Suite 1100
                Denver, CO 80202
                Phone: 303.623.2013
                Fax: 303.292.0522
                hamcwe@yahoo.com