**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover          Date:   March 2, 2012
Court Reporter:     Paul Zuckerman

Criminal Action No. 12-cr-00010-MSK

*Parties*:                                   *Counsel*:

UNITED STATES OF AMERICA,                    Guy Till

       Plaintiff,

v.

DARRELL R. PARKER,                           Charles Elliott

       Defendant.

---

**ARRAIGNMENT AND CHANGE OF PLEA HEARING**

---

 **1:17 p.m.**     **Court in session.**

Defendant present in custody.

The Court addresses the Plea Agreement with counsel.

**1:21 p.m.     Court in recess**
**1:31 p.m.     Court in session**

Defendant is arraigned on Count 8 of the **Indictment**.  Defendant pleads guilty to Count 8 of the **Indictment.  The Government intends to dismiss the remaining Counts of the Indictment against this defendant (32).**

Defendant sworn.

Defendant advised regarding:

        1)     The Plea Agreement;

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**   The hearing will be continued for the reasons addressed by the Court.  Counsel will jointly contact chambers to reset the Change of Plea Hearing.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal through the sentencing hearing.

**1:43 p.m.**   **Court in recess.**

**Total Time:**   **16 minutes.**
**Hearing continued.**