IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   GEORGE A. GADDY,
5.   DELBERT J. GARDNER,
6.   RICHARD JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  **DARELL R. PARKER**,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and,
16.  CLIFFORD M. WRIGHT,

      Defendants.

## DEFENDANT'S SUBMISSION RE: MEDICATION

COMES NOW the Defendant, Darell R. Parker, by and through his Attorney, Charles W. Elliott, hereby submits for this Honorable Court to have in advance the list and breakdown of the medication the Defendant is on as follows:

1.

    a.    HCTZ (hydrochlorothiazide) used to treat high blood pressure (hypertension) and edema 25 mg twice daily.

      b.      Tylenol 1000 mg twice daily as needed for pain.

      c.      Metroprolol 25 mg twice daily used alone or in combination with other medications to treat high blood pressure.

      d.      Colace 100 mg twice daily (stool softener).

      e.      Naproxyn 500 mg twice daily as needed used to treat pain or inflammation.

      f.      Elavil (Amitriptyline) 50 mg once daily used to treat symptoms of depression.

      g.      Fiber 1 twice daily as needed for bowel regularity.

      h.      Tums 2 tabs twice daily as needed.

      2.      The Defendant's current doctor while he is incarcerated in Denver is Dr. Christian Stob, Denver Medical Health CCMF, 780 Delaware MC 1860, Denver, Colorado, 80204.

Dated this 5th day of March, 2012.

Respectfully submitted,

_____
s/ Charles W. Elliott
Charles W. Elliott
The Law Office of Charles W. Elliott
1801 Broadway, Suite 1100
Denver, CO  80202
Phone:  303.623.2013
Fax:  303.292.0522
hamcwe@yahoo.com
Attorney for Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2012, I electronically filed the foregoing **DEFENDANT'S SUBMISSION RE: MEDICATION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Ariel Zusya Benjamin
abenjamin@springersteinberg.com

Darren Randal Cantor
darren@cantorlaw.net

Jeffrey Richard Edelman
jredel@earthlink.net,jmesaros@jeffreyredelmanpc.com

Timothy D. Edstrom
timedstrom@coloradochristiandefensecounsel.com,timedstrom@hotmail.com

Charles W. Elliott
CWEMDEDME@aol.com,hamcwe@yahoo.com

Ronald John Hahn
rhahn3677@hotmail.com

Thomas James Hammond
hammondlaw@solucian.com

Edward Robin Harris
Edward_Harris@fd.org,erhafpd@gmail.com,COX_ECF@fd.org

Dennis W. Hartley
Julia@hartleyslaw.com

Scott Jurdem
sj@jurdem.com,tlj@jurdem.com,tlr@jurdem.com,jsw@jurdem.com

Eric Michael Lee
ericlee@coloradochristiandefensecounsel.com

Miller M. Leonard
miller@themillerleonardlawfirm.com

Normando R. Pacheco
joannasweetpea6@aol.com

R. Scott Reisch
rscottreisch@att.net,cassandra@reischlawfirm.com,shannon@reischlawfirm.com

Douglas Leo Romero
dougromero@coloradochristiandefensecounsel.com,sheilasweeney@coloradochristiandefenseco
unsel.com,corinarreola@coloradochristiandefensecounsel.com

Joseph Saint-Veltri
jsvlawoffice@gmail.com

John Henry Schlie
johnhenry@schlielawfirm.com

Harvey Abe Steinberg
law@springersteinberg.com,cambrose@springersteinberg.com

Guy Till
guy.till@usdoj.gov,Lisa.Vargas@usdoj.gov,USACO.ECFCriminal@usdoj.gov

Jonathan S. Willett
jwillett@willettlaw.net,kbartell@willettlaw.net

    s/ Holly Nilson

    _____
    Holly Nilson
    The Law Office of Charles W. Elliott
    1801 Broadway, Suite 1100
    Denver, CO  80202
    Phone:  303.623.2013
    Fax:  303.292.0522
    hamcwe@yahoo.com

4