IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. **DARELL R. PARKER**,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and,
16. CLIFFORD M. WRIGHT,

    Defendants.

## DEFENDANT'S FIRST OBJECTIONS TO PRESENTENCE REPORT

COMES NOW the Defendant, Darell R. Parker, by and through his Attorney, Charles. W. Elliott, hereby makes his objections to the Presentence Investigation Report by attaching the letter of Mary Gossett as it relates to ¶¶ 70, 87 and 89 of the Presentence Investigation Report.

Dated this 14th day of June, 2012.

                          Respectfully submitted,

                          _____
                          s/ Charles W. Elliott
                          Charles W. Elliott
                          The Law Office of Charles W. Elliott
                          1801 Broadway, Suite 1100
                          Denver, CO  80202
                          Phone:  303.623.2013
                          Fax:  303.292.0522
                          hamcwe@yahoo.com
                          Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2012, I electronically filed the foregoing **DEFENDANT'S FIRST OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Ariel Zusya Benjamin
abenjamin@springersteinberg.com

Darren Randal Cantor
darren@cantorlaw.net

Jeffrey Richard Edelman
jredel@earthlink.net,jmesaros@jeffreyredelmanpc.com

Timothy D. Edstrom
timedstrom@coloradochristiandefensecounsel.com,timedstrom@hotmail.com

Charles W. Elliott
CWEMDEDME@aol.com,hamcwe@yahoo.com

Ronald John Hahn
rhahn3677@hotmail.com

Thomas James Hammond
hammondlaw@solucian.com

Edward Robin Harris
Edward_Harris@fd.org,erhafpd@gmail.com,COX_ECF@fd.org

Dennis W. Hartley
Julia@hartleyslaw.com

Scott Jurdem
sj@jurdem.com,tlj@jurdem.com,tlr@jurdem.com,jsw@jurdem.com

Eric Michael Lee
ericlee@coloradochristiandefensecounsel.com

Miller M. Leonard
miller@themillerleonardlawfirm.com

Normando R. Pacheco
joannasweetpea6@aol.com

R. Scott Reisch
rscottreisch@att.net,cassandra@reischlawfirm.com,shannon@reischlawfirm.com

Douglas Leo Romero
dougromero@coloradochristiandefensecounsel.com,sheilasweeney@coloradochristiandefensecounsel.com,corinarreola@coloradochristiandefensecounsel.com

Joseph Saint-Veltri
jsvlawoffice@gmail.com

John Henry Schlie
johnhenry@schlielawfirm.com

Harvey Abe Steinberg
law@springersteinberg.com,cambrose@springersteinberg.com

Guy Till
guy.till@usdoj.gov,Lisa.Vargas@usdoj.gov,USACO.ECFCriminal@usdoj.gov

Jonathan S. Willett
jwillett@willettlaw.net,kbartell@willettlaw.net

                                                                            s/ Holly Nilson

Holly Nilson
The Law Office of Charles W. Elliott
1801 Broadway, Suite 1100
Denver, CO  80202
Phone:  303.623.2013
Fax:  303.292.0522
hamcwe@yahoo.com