June 12, 2012

Katrina Devine
U.S. Probation Officer

RE: Darrell Parker, Case No. 12-cr-00010-MSK-11

Dear Officer Devine,

I am writing regarding our meeting on Wednesday June 6, 2012, for your home visit on Darrell Parker's Presentence Investigation. I have read through your initial draft and would like to clarify a few things.

In paragraph 70, where I said we were both old, have health problems and are hard to get along with. This is true. We have both had hard lives and find it hard to trust other people, but we understand what each other has been through so it makes it easier for the two of us to live together. And I did say we were "yellers" I do not recall ever saying it was messy. Darrell is deaf in one ear and if he doesn't want to hear what is being said will turn away. You have to yell, and then when he realizes you are yelling he yells back. I don't think this could be considered real anger, just a reaction to being yelled at. The fact that we yell at each other occasionally does not mean that either of us would ever inflict any kind of harm on the other. Darrell is not and never has been threatening or violent with me. Sometimes you just have to yell to get your point across. Also, where I indicated that Darrell has only cared about himself because no one else ever did, that is true but should be expanded to reflect the fact that he is learning to care for and trust someone else. I was ill after Darrell had lived with me for awhile, and he sat by my bedside at home and would not leave my side, catering to my every need for about 2 days. I never knew anyone could be so caring. And I know for a fact that he did it because he wanted to, not because there was anything in it for him. He just wanted me to be well again.

In paragraph 87, I did not say if he takes "one sip". What I said was if he "has" that first drink. And I meant only if it is Jack Daniels. He is fine if he is drinking a beer. And I did not say one "episode" a month. You asked

how often he drank, and me thinking you meant beer too, said "oh maybe once a month". But beer doesn't make him intoxicated or depressed. When he is drinking beer he has 1 or 2 and he is done with it. He did not often drink Jack Daniels or any hard liquor, just once in awhile, but it was not a regular thing. And besides that, the last time he did drink Jack Daniels he had such a horrendous hangover he didn't want anything to do with it again. He is finally realizing that he is getting older and what he could do when he was 20 he can't do anymore. He has indicated to me that he doesn't miss it or even want a drink when he gets out.

In Paragraph 89, you asked me if Darrell had been using cocaine. I did not say I had a history of addiction. What I said was that I used to have a problem with it. I did, my ex-husband was addicted. I lived through 7 years of hell with a cocaine addict. It was one of the primary reasons we divorced. I have seen the tell-tale signs of use, I would have recognized the paraphernalia, I would have noticed the missing things in the house that had gone to the pawn shop, etc., and none of this went on with Darrell. I did not indicate that I had myself been a user. Darrell and I had a very long conversation about cocaine prior to him moving in with me. I told him that I wanted nothing to do with anyone who used cocaine. I did not want it in my house, my car or to have a boyfriend that used. I told him if I ever found out he was using or involved with cocaine that we would be done. He said he understood, he agreed to abide by my wishes, and I believe he has and will continue to stay clean. He is well aware of the fact that cocaine has been his downfall in the past. He has managed to stay clean even in the environment that got him in this situation. He has learned to say no.

Thank you for your time and attention to this matter please let me know if you have any questions or if I need to clarify anything else.

Sincerely,
Mary Gossett
303-739-0099
303-726-4189 (cell)