```
                                              FILED
                                      UNITED STATES DISTRICT COURT
                                          DENVER, COLORADO
Clerk of the Court for:
Judge Marcia S. Krieger                      MAR 13 2013
Alfed A. Arraj, United States Courthouse
A 941, Courtroom A 901                    JEFFREY P. COLWELL
901 19th Street                                  CLERK
Denver, Colorado, 80294-3589
```

RE: Case# 12-CR-00010-MSK-11

Dear Clerk of the Court:

I request an update of my incarceration time spent on US Marshall hold. This hold date started Feb. 2, 2012 to July 16, 2012. This 5 month period should have been credited to my total sentence time, but was not. This 5 months was spent while I was on hold at Sterling Correctional Faculty, in Steriten, Colorado.

Please be so kind as to inform myself if I did recieve credit for this time. If not then I should put a motion of sorts to the Court. Is that RIGHT?.

This request is very important that this information gets to my Counselar and Case manager ASAP. That will allow them to make sure, I have the proper out date.

Thank You:

Yours Truly,

Darrell R. Parker
Fed# 38247-013
Federal Correctional
Institution La-Tuna
P.O. Box 3000
Anthony NM/TX. 88021

Date: March 7th, 2013