February 15, 2016

Honorable Marcia S. Krieger, Chief Judge
Alfred A Arraj Courthouse
901 W 19th Street
Denver, Co. 80294

RE:   Case # 1:12-cr-00010-MSK
      Darrell Robert Parker Sr.

Your honor.
I am writing this letter, to request that you consider me for early release from my probation time. I have been on probation since January 2013. During that time I have complied with all of the required stipulations of my probation.

My probation is scheduled to be completed in December 2016, and to my knowledge my probation officers Garrett Pfalmer and Laura Ansart would not object to my early release from probation.

During my incarceration, my half-way house hold, and my probation I have gained an understanding that my past behavior was inappropriate and cannot under any circumstances continue. I am 66 years old, and I know that if I continue to disregard the law that there will be no more chances and that I will spend the rest of my life in prison. I do not want to return to prison or to die in prison and I can say with complete honesty that I have learned my lesson. I also understand that the criminal behavior and associations do not lend themselves to a positive or productive future.

During my incarceration and since my release I have studied the bible and it says that God gave supervision to the judges to discipline the criminal who committed crimes against the people on earth. I am blessed to know that God gave you the power to charge me and hold me accountable for my crimes, and I am most heartily sorry for the crimes I have committed.

I now have part ownership in a home, which I have never had before. I pay my bills and feel great pride in taking care of my family, my home, my yard and my dog. I have learned that the streets hold nothing for me and my energies are better spent working on my family relationships and on my home.
My probation supervision record will show that I have been a good example of someone who has turned their life around and is moving in a positive direction. My incarceration record will also show that I was a model prisoner and did not cause or get into any trouble during my incarceration.

Thank you for your time and consideration in this matter, whatever your decision should be.

Sincerely,
*Darrell R Parker Sr*

Darrell R. Parker Sr.
14292 E 24th Ave
Aurora, Co. 80011

Darrell R. Parker Sr.
14292 E 24th Ave
Aurora, Co. 80011

Honorable Marcia S. Krieger, Chief Judge
Alfred A. Arraj Courthouse
901 W. 19th Street
Denver, Colorado 80294

7015 1730 0000 7655 6571

U.S. POSTAGE PAID
AURORA, CO 80011
FEB 16, 16
AMOUNT $3.94
R2303S100727-17

Scanned by US Marshal