# UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO
### PROBATION OFFICE

**LAVETRA A. CASTLES**
**Chief U.S. Probation Officer**

Byron G. Rogers U.S. Courthouse
1929 Stout Street, Suite C-120
Denver, CO 80294-0101
Phone: (303) 844-5424

212 North Wahsatch Avenue, Suite 300
Colorado Springs, CO 80903-3476
Phone: (719) 471-3387



March 15, 2016

**ELIZABETH MILLER**
**Deputy Chief U.S. Probation Officer**

400 Rood Avenue, Room 309
Grand Junction, CO 81501-2520
Phone: (970) 245-5396

103 Sheppard Drive, Suite 206
Durango, CO 81303-3439
Phone: (970) 385-9564

RESPOND TO:   Denver

RE:   Defendant:  Darrell R. **PARKER**
      Docket No.: 12CR00010-11
      **PROBATION RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISION [Document 1064]**

The defendant has been on supervised release since February 13, 2014.  He is statutorily eligible for early termination pursuant to 18 U.S.C. § 3583(e)(1).  However, in evaluating suitability for early termination under this statute, the Probation Office is mandated to consider the following criteria that have been approved by the Judicial Conference Committee on Criminal Law.  The defendant shall have:

- stable community reintegration (e.g., residence, family, employment);
- progressive strides toward supervision objectives and in compliance with all conditions of probation;
- no aggravated role in the offense of conviction, particularly large drug or fraud offenses;
- no history of violence (e.g., sexually assaultive, predatory behavior, or domestic violence);
- no recent arrests or convictions (including unresolved pending charges), or ongoing, uninterrupted patterns of criminal conduct;
- no recent evidence of alcohol or drug abuse;
- no recent psychiatric episodes;
- no identifiable risk to the safety of any identifiable victim; and
- no identifiable risk to public safety based on the Risk Prediction Index (RPI).

In this case, the Probation Office believes that the defendant does not meet two of the above-listed criteria. The defendant has an RPI score of five (5).  Under the above-noted criteria, the RPI score must be either zero (0) or one (1).  The defendant also has a history of violent offenses including the following: felony Rape by Force (1982), Assault (1990), felony Second Degree Assault-Heat of Passion (1992), and felony Vehicular Assault-Driving Under the Influence (2011).  The defendant's conviction for Rape by Force requires quarterly registration as a sex offender.

The defendant has been compliant with the conditions of supervision.  He completed a dual diagnosis evaluation at the onset of supervision, which did not recommend any treatment.  He has been compliant with substance abuse testing and there has been no indication of illegal drug use while on supervision.  He has remained unemployed during the term of supervision; however, he receives disability benefits, and given his age (66) and physical health issues, it does not appear he is able to supplement his income with part-time employment.  He has resided in the same residence since the onset of supervision with his long-time girlfriend, who is also on federal supervised release for an unrelated case.  The defendant's girlfriend is also compliant with conditions of her term of supervised release.

Although the defendant has established a history of compliance with the conditions of supervised release, and appears to have made positive personal progress, given his history of violent felony offenses, including a sex offense that requires quarterly registration, the Probation Office recommends that the motion for early termination be denied.

Should the Court have any questions regarding the above, please contact this officer at: 303-335-2506.

Respectfully Submitted,

*s/Laura D. Ansart*
Laura D. Ansart
Senior United States Probation Officer

Approved:

*s/Edgar T. Ruiz*
Edgar T. Ruiz
Supervising United States Probation Officer