IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-CR-00010-MSK-11

**UNITED STATES OF AMERICA,**

 Plaintiff,

v.

11. **DARREL R. PARKER,**

 Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DOC. # 1064)**

---

THE UNITED STATES, by United States Attorney John F. Walsh, through Assistant United States Attorney Guy Till (Government), here respectfully advises the Court that the Government is opposed to the Darrel R. Parker's Motion for an Order for Early Termination of Supervised Release (DOC. # 1064). The Government respectfully submits that the Defendant has a substantial criminal history, and continued supervised release is in the best interests of the public and the Defendant.

Respectfully submitted this 15th day of March, 2016.

        JOHN F. WALSH
        United States Attorney

        By: s/*Guy Till*
        GUY TILL
        Assistant United States Attorney
        1225 17th Street, Suite 700
        Denver, CO. 80202
        Telephone (303) 454-0207
        Fax (303) 454-0401
        guy.till@usdoj.gov
        Attorney for Government

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of March, 2016, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DOC. # 1064)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      *s/Michelle Trujillo*
MICHELLE TRUJILLO
Legal Assistant
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0409
E-mail: Michelle.Trujillo@usdoj.gov